| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BERZON, MARSHA S | 2. Court or Organization U.S. CA. NINTH CIRCUIT | 3. Date of Report 04/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 95 SEVENTH STREET P.O. BOX 1939393 SAN FRANCISCO, CA 94119-3939 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Berzon, Marsha S.

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE GEORGE WASHINGTON UNIVERSITY | 01/21/2009 - 01/22/2009 | WASHINGTON, D.C. | EDUCATIONAL ACTIVITY | TRAVEL, LODGING, MEALS |
| 2. | AMERICAN CONSTITUTION SOCIETY | 01/22/2009 - 01/24/2009 | PHILADELPHIA, PA | EDUCATIONAL ACTIVITY | TRAVEL, LODGING, MEALS |
| 3. | YALE UNIVERSITY | 02/06/2009 - 02/06/2009 | NEW HAVEN, CT | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 4. | ASSOCIATION OF AMERICAN LAW SCHOOLS | 06/12/2009 - 06/12/2009 | LONG BEACH, CA | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 5. | AMERICAN CONSTITUTION SOCIETY | 06/19/2009 - 06/21/2009 | WASHINGTON, D.C. | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

| 6. | WILLAMETTE UNIVERSITY | 10/15/2009 - 10/16/2009 | PORTLAND, OR | EDUCATIONAL ACTIVITY | TRAVEL, LODGING, MEALS |
|---|---|---|---|---|---|
| 7. | CORNELL UNIVERSITY | 10/27/2009 - 11/01/2009 | ITHACA, NY | EDUCATIONAL ACTIVITY | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BANK OF AMERICA ACCOUNT | A | Interest | M | T | | | | | |
| 2. | CITIBANK CD | D | Interest | N | T | Open | 07/14/09 | N | | |
| 3. | PACIFIC NATIONAL, A DIVISION OF US BANK CD | C | Interest | N | T | Open | 07/14/09 | N | | |
| 4. | MERRILL LYNCH BANK & TRUST C/O FIRST REPUBLIC BANK CD | C | Interest | N | T | Open | 07/07/09 | N | | |
| 5. | COCA COLA COMPANY - COMMON STOCK | B | Dividend | K | T | | | | | |
| 6. | COMCAST CORP NEW CL A - COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. | CORNING INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 8. | LSI CORPORATION - COMMON STOCK | | None | J | T | | | | | |
| 9. | NSTAR - COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. | PEPSICO INCORPORATED - COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. | PUB SVC ENT GROUP INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. | SOURCE INTERLINK COMPANY - COMMON STOCK *2 | | None | | | Closed | 09/03/09 | J | | |
| 13. | VERIZON COMMUNICATIONS - COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. | VODAFONE GROUP NEW ADR F | A | Dividend | J | T | | | | | |
| 15. | DREYFUS ACTIVE MIDCAP FD (FRMLY PREMIER NEW LEADERS FUND) | A | Dividend | M | T | | | | | |
| 16. | DREYFUS APPRECIATION FD | A | Dividend | K | T | | | | | |
| 17. | DREYFUS EMERGING LEADERS FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. EMBARCADERO ALL CAP GROWTH FD | | None | K | T | | | | | |
| 19. EMBARCADERO SMALL CAP GROWTH FD | | None | J | T | | | | | |
| 20. RS MID CAP OPPORTUNITIES FUND | | None | N | T | | | | | |
| 21. SCHWAB PREMIER EQUITY SELECT SHARES | A | Dividend | L | T | | | | | |
| 22. SCH CA MUNI MONEY FD (SWEEP) | A | Dividend | L | T | | | | | |
| 23. SCHWAB CA MUNI MONEY FD (NON-SWEEP) | A | Dividend | L | T | | | | | |
| 24. FIDELITY CA AMT TAX FREE MMKT INST CLASS | D | Interest | P1 | T | | | | | |
| 25. PSP#1 [            ]ACCOUNT) | B | Dividend | M | T | | | | | |
| 26. -AIM CAPITAL DEVELOPMENT FUND-CLASS A | | | | | | | | | |
| 27. -AIM INTERNATIONAL SMALL CO FD -CL A | | | | | | | | | |
| 28. -AIM GLOBAL EQUITY FUND - CLASS A | | | | | | | | | |
| 29. -AIM MULTI-SECTOR FUND - CLASS A | | | | | | | | | |
| 30. IRA#1 [            ]ACCOUNT) | C | Dividend | M | T | | | | | |
| 31. -AMCAP FUND - CLASS A | | | | | | | | | |
| 32. -WASHINGTON MUTUAL INVESTORS FUND - CLASS A | | | | | | | | | |
| 33. PSRP#1 [            ]ACCOUNT) | D | Dividend | N | T | | | | | |
| 34. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A" | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A" | | | | | | | | | |
| 36. -AMERICAN FUNDS - THE NEW ECONOMY FUND - CL A" | | | | | | | | | |
| 37. -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A" | | | | | | | | | |
| 38. -AMERICAN FUNDS - CAPITAL WORLD GROWTH AND INCOME FUND - CL | | | | | | | | | |
| 39. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS - CL A" | | | | | | | | | |
| 40. -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A" | | | | | | | | | |
| 41. -AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND - CL A" | | | | | | | | | |
| 42. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A" | | | | | | | | | |
| 43. -AMERICAN FUNDS - AMERICAN BALANCED FUND - CL A" | | | | | | | | | |
| 44. -AMERICAN FUNDS - AMERICAN FUNDS MONEY MARKET FUND-A | | | | | Buy | 06/09/09 | K | | |
| 45. -VANGUARD - 500 INDEX FUND | | | | | | | | | |
| 46. -VANGUARD EMERGING MARKETS STOCK INDEX FUND | | | | | | | | | |
| 47. IRA#2 | E | Dividend | O | T | | | | | |
| 48. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A | | | | | | | | | |
| 49. -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A | | | | | | | | | |
| 50. -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A | | | | | | | | | |
| 51. -AMERICAN FUNDS - -CAPITAL WORLD GROWTH AND INCOME | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND-CL A | | | | | | | | | |
| 52. -AMERICAN FUNDS - -FUNDAMENTAL INVESTORS - CL A | | | | | | | | | |
| 53. -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A | | | | | | | | | |
| 54. -AMERICAN FUNDS - CAPITAL INCOME BUILDER - A | | | | | | | | | |
| 55. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A | | | | | | | | | |
| 56. -AMERICAN FUNDS - AMERICAN BALANCED - CL A | | | | | | | | | |
| 57. CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *1 | D | Interest | J | U | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 04/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1 THE EARNINGS REPORTED IN PART VII REPRESENT THE ⎤DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME

*2 COMPANY BANKRUPT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544